■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL THOMPSON, Appellant. [642 NYS2d 541] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered January 30, 1995, convicting him of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the third degree (three counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The court properly found that there was no merit to the defendant's proffered defenses of agency (*see, People v Herring,* 83 NY2d 780; *People v Leybovich,* 201 AD2d 670; *People v Davis,* 149 AD2d 609; *People v Scott,* 134 AD2d 379) and entrapment (*see,* Penal Law § 40.05; *People v Butts,* 72 NY2d 746, 750; *People v Torres,* 185 AD2d 257). In addition, the court did not err in denying the defendant's motion for a missing witness charge (*see, People v Gonzalez,* 68 NY2d 424). The People adequately demonstrated that the witness in question was unavailable (*see, People v Gonzalez, supra; People v Foust,* 192 AD2d 718; *People v Goddard,* 150 AD2d 794).

The defendant's remaining contentions are without merit. Mangano, P. J., Ritter, Hart and McGinity, JJ., concur.